Joseph H. Harrington
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>NORMAN LEE STONE,<br><br>            Defendant. | 18-CR-00078-RMP<br><br>Discovery Status Report |

The United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, having met and conferred with Mr. Matt Campbell, counsel for Defendant Norman Lee Stone ("Defendant") in the above-captioned matter, hereby submits the following discovery status report, pursuant to the Court's pretrial order. (ECF No. 20.)

1. On May 16, 2018, a Grand Jury returned a two-count Indictment charging Defendant with possession and distribution of child pornography, in violation of 18 U.S.C. § 2252A. (ECF No. 1.)

Stone Discovery Status Report - 1

2. On May 22, 2018, Defendant was arrested on those charges and made his initial appearance before the Honorable John T. Rodgers, United States Magistrate Judge. After a detention hearing on May 25, 2018, Judge Rodgers ordered Defendant detained pending trial. (ECF No. 22.)

3. On May 25, 2018, the Court ordered counsel to meet and confer regarding discovery by no later than June 8, 2018, and to submit this report within three days thereafter. (ECF No. 20.)

4. On May 22 and 25, 2018, the United States produced to the defense several of the main substantive reports documenting Defendant's alleged child pornography conduct.

5. On May 29, 2018, the Court granted a protective order that will permit defense counsel and a defense forensic expert to review the contraband discovery in the case at the offices of Homeland Security Investigations ("HSI") in Spokane. This is necessary because the discovery in this case includes the bona fide identities of minor victims and pornographic images of them, recovered from Defendant's electronic devices and elsewhere. This is the standard procedure used in this District for child pornography cases.

6. On May 29, 2018, the United States produced the remainder of the non-contraband discovery to Defendant via the USAFx system, and sent a letter to defense counsel outlining the USAFx discovery production system and explaining how to access the non-contraband discovery in the case.

7. On June 7, 2018, the parties met and conferred regarding discovery and the submission of this status report. Neither party indicated any new or additional discovery issues. The defense anticipates reviewing the electronic media and contraband images at HSI.

8. The currently-produced discovery is available on the USAFx system, and the United States will continue to produce discovery using this system on a rolling basis as any new discovery becomes available and is processed into the system.

DATED: June 7, 2018

        Joseph H. Harrington
        United States Attorney

        *s/David M. Herzog*
        David M. Herzog
        Assistant United States Attorney

        *s/Matthew Campbell (with permission via email)*
        Matthew Campbell
        Attorney for Defendant

## **CERTIFICATION**

I hereby certify that on June 7, 2018, I electronically filed the foregoing with the Clerk of the Court and parties of record using the CM/ECF System.

>*s/David M. Herzog*
>David M. Herzog
>Assistant United States Attorney