

Nathan Poston
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509.624.7606

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Norman Stone,<br><br>                    Defendant. | No. 2:18-cr-00078-RLP-1<br><br>Notice of Substitution |

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Mr. Norman Stone substituting on behalf of Joel Baumann

Dated: October 24, 2025

>Federal Defenders of Eastern
>Washington & Idaho
>
>*s/Nathan Poston*
>Nathan Poston, WA 41901
>601 W. Riverside Ave., Ste. 900
>Spokane, Washington 99201
>Phone (509) 624-7606
>Fax (509)747-3539
>Nathan_Poston@fd.org

### Service Certificate

I certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Rebecca R Perez.

>*s/Nathan Poston*
>Nathan Poston, WA 41901
>601 W. Riverside Ave., Ste. 900
>Spokane, Washington 99201
>Phone (509) 624-7606
>Fax (509)747-3539
>Nathan_Poston@fd.org